UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON L. PICKARD )
   Thelen Reid & Priest, LLP )
   701 Eighth Street, NW )
   Washington, D.C. 20001 )
)
      Plaintiff )
)
v. ) Case No. _____
)
NATIONAL TRANSPORTATION )
   SAFETY BOARD )
   498 L'Enfant Plaza, SW )
   Washington, D.C. 20594 )
)
      Defendant )
)

## COMPLAINT

Plaintiff, Byron L. Pickard ("Pickard"), for his Complaint against the National Transportation Safety Board (the "NTSB"), seeking injunctive and other relief, states as follows:

### JURISDICTION

1. This Court has both subject matter jurisdiction over this case and personal jurisdiction over the NTSB pursuant to 5 U.S.C. Section 552(a)(4)(b) and 28 U.S.C. Section 1331.

### VENUE

2. Venue is appropriate under 5 U.S.C. Section 552(a)(4)(b) and 28 U.S.C. Section 1331.

## PARTIES

3. Mr. Pickard is a member of the Bar of the Commonwealth of Virginia and is an associate in the law firm of Thelen Reid & Priest, LLP. Mr. Pickard's admission to the Bar of the District of Columbia is pending.

4. Defendant NTSB is an agency within the meaning of 5 U.S.C. Section 552(f)(1).

## PLAINTIFF'S FOIA REQUEST

5. By letter dated April 26, 2006, transmitted via facsimile and mail, Mr. Pickard submitted a request to the NTSB pursuant to the Freedom of Information Act, 5 U.S.C. Section 552 (the "FOIA") and 49 C.F.R. 801.10 seeking records related to eight helicopter crash investigations (the "FOIA Request"). A copy of the FOIA Request is attached hereto as Exhibit A.

6. Under the FOIA, the NTSB is required to provide an initial determination as to whether to release records pursuant to a FOIA request within ten working days of receiving the request. The deadline for providing an initial determination may be extended by the NTSB for up to ten business days.

7. On April 28, 2006 the NTSB acknowledged that it had received the FOIA Request on April 26, 2006.

8. Mr. Pickard made several attempts to work with the NTSB to facilitate its prompt response to the FOIA Request, including agreeing to accept responses and document on a per investigation basis.

9. Despite these efforts, the NTSB has neither provided an initial determination regarding the release of the requested records nor availed itself of the ten business day extension described above.

## COUNT ONE
## INJUNCTIVE RELIEF

10. Mr. Pickard realleges Paragraphs 1 through 9 as if set forth in full.

11. On April 26, 2006, Mr. Pickard submitted the FOIA Request to the NTSB.

12. The NTSB failed to provide a timely initial determination letter as required by the FOIA and 49 C.F.R. 801.10.

13. Inasmuch as the NTSB has made no timely response to the FOIA Request, Mr. Pickard has exhausted his administrative remedies and is entitled to seek the assistance of this Court in compelling the NTSB to locate and produce the requested records for inspection and copying.

14. By failing to respond to the FOIA request, the NTSB has improperly withheld documents that are required to be disclosed under FOIA to Mr. Pickard.

## PRAYER FOR RELIEF

WHEREFORE, Byron L. Pickard prays that this Court order the NTSB (a) to identify the location, existence and type of records within its possession that are responsive to the FOIA request; (b) to produce forthwith the requested records for inspection by Mr. Pickard and his designation of the documents to be copies; and (c) to reimburse Mr. Pickard the attorneys' fees and costs incurred in connection with this action..

Dated: June 5, 2006

Respectfully submitted,

*[signature]*

Michael Evan Jaffe
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
Telephone: 202-508-4000
E-mail: mjaffe@thelenreid.com
Facsimile: 202-654-2818
*Counsel for Plaintiff*

DC #219600 v2

# Thelen Reid & Priest LLP
*Attorneys At Law*

Byron L. Pickard

202.508.4152 Direct Dial
202.654.3346 Direct Fax

bpickard@thelenreid.com

701 Eighth Street, NW
Washington, DC 20001-3721

Tel. 202.508.4000
Fax 202.508.4321

www.thelenreid.com

April 26, 2006

**BY FACSIMILE AND US MAIL**

National Transportation Safety Board
Attention: FOIA Requester Service Center,
CIO-40
490 L'Enfant Plaza, S.W.
Washington, DC 20594-2000
Facsimile: (202) 314-6132

    Re:    Freedom of Information Act Request

Dear Sir or Madam:

    This is a request under the Freedom of Information Act and CFR Title 49, Part 801.10(d). More specifically, I request that a copy of all records or information and tangible things, whether made previously public or not related to the following helicopter accidents:

    (1.)    NTSB ID Number IAD00WA069 involving a Sikorsky model S-76A helicopter. Aircraft Registration No. PTHRD. Accident occurred on August 2, 2000 near Navegantes, Brazil. Thomas R. Conroy, now deceased was the assigned U. S. Accredited Representative.

    (2.)    NTSB ID Number WAS01WA015 involving a Sikorsky model S-76B helicopter. Aircraft Registration No. HL9240. Accident occurred on July 5, 2001 near P'ohang, Korea. Thomas R. Conroy, now deceased was the assigned U. S. Accredited Representative.

    (3.)    NTSB ID Number IAD00WA029 involving a Sikorsky model S-76A helicopter. Aircraft Registration No. PKPUC. Accident occurred on March 8, 2000 near Kakap, Indonesia. Thomas R. Conroy, now deceased was the assigned U. S. Accredited Representative.

    (4.)    NTSB Number DCA97WA068 involving a Sikorsky S-76B helicopter, Registration No. GHUAG. Accident occurred on December 12, 1996 near Omeath, Ireland.



EXHIBIT A

NTSB FOIA Officer  
April 26, 2006  
Page 2

**Thelen Reid & Priest LLP**

  (5.) NTSB Number DCA98WA014 involving a Sikorsky S-76B helicopter, Registration No. H-KHB. Accident occurred on December 20, 1997 the North Sea off the coast of the Netherlands.

  (6.) NTSB Number FTW01LA176 involving a Sikorsky SK-76A helicopter, Registration No. N164AG. Accident occurred on November 25, 2001 in New Iberia, Louisiana.

  (7.) NTSB Number NYC86MA148 involving a Sikorsky S-76B helicopter, Registration No. N5AZ. Accident occurred on June 6, 1986 in Sutton, Massachusetts.

  (8.) NTSB Number DFW05MA230 involving a Sikorsky SK-76A helicopter, Registration No. N90421. Accident occurred September 6, 2005 in the Gulf of Mexico, approximately 24 miles southeast of Sabine Pass, Texas.

  I am in the commercial-use fee category for purposes of determining the applicability of any fees for this request, since I am seeking information for use in our business. I am willing to pay fees for search, review, and duplication costs for this request up to a maximum of $2,500. If you estimate that the fees will exceed this limit, please contact me for additional authorization. I request that the materials be delivered to my office at the above address.

  Please do not hesitate to contact me by telephone or via electronic mail to discuss any aspect of my request. Thank you for your consideration of this request.

            Very sincerely,

            Byron L. Pickard

DC #218319 v1