IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON L. PICKARD<br>701 Eighth St., N.W.<br>Washington, D.C. 20001<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL TRANSPORTATION<br>SAFETY BOARD<br>498 L'Enfant Plaza, S.W.<br>Washington, D.C. 20594<br><br>          Defendant. | Civil Action No. 06-1039(JR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of John F. Henault, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

  /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249