UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BYRON L. PICKARD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1039 (JR) |
| v. | ) | |
| | ) | |
| NATIONAL TRANSPORTATION | ) | |
| SAFETY BOARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO ENLARGE THE TIME TO RESPOND
TO THE COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant National Transportation Safety Board, through undersigned counsel, respectfully moves this Court to enlarge the time within which it may respond to the complaint from July 12, 2006 to August 14, 2006.

In support of this motion, states the following: Plaintiff filed this action on June 6, 2006 relating to a April 28, 2006 Freedom of Information Act request dealing with eight helicopter crash investigations.  Because of a backlog in processing FOIA requests, defendant was unable to process the request within the statutorily-prescribed time and plaintiff filed this action.  Since the filing of the complaint, defendant has begun processing plaintiff's request and continues to do so; as each separate crash is processed, defendant is providing plaintiff with a response.  In fact, on June 29, 2006 provided plaintiff with a response relating to one crash and on June 3, 2006 responded regarding two additional crashes.  Because the processing of plaintiff's request is necessary for defendant to prepare a <u>Vaughn</u> Index and file summary judgment, or respond to a motion for summary judgment from plaintiff, the requested extension will provide defendant with additional time in which it can process the request.  In fact, the processing of plaintiff's

request may permit a resolution of this action without further intervention of the Court or render this action moot. Accordingly, the requested extension will narrow the scope of issues involved in this action.

Pursuant to LCvR 7(m), counsel for defendant sought plaintiff's consent for this request on July 5, 2006. Counsel for plaintiff advised undersigned counsel that he does not consent to the request for an extension but is unsure whether or not he will file an opposition.

July 5, 2006                                       Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)