# Thelen Reid & Priest LLP
*Attorneys At Law*

Byron L. Pickard

202.508.4152 Direct Dial
202.654.3346 Direct Fax

bpickard@thelenreid.com

701 Eighth Street, NW
Washington, DC 20001-3721

Tel. 202.508.4000
Fax 202.508.4321

www.thelenreid.com

April 26, 2006

**BY FACSIMILE AND US MAIL**

National Transportation Safety Board
Attention: FOIA Requester Service Center,
CIO-40
490 L'Enfant Plaza, S.W.
Washington, DC 20594-2000
Facsimile: (202) 314-6132

Re:   Freedom of Information Act Request

Dear Sir or Madam:

This is a request under the Freedom of Information Act and CFR Title 49, Part 801.10(d). More specifically, I request that a copy of all records or information and tangible things, whether made previously public or not related to the following helicopter accidents:

(1.)   NTSB ID Number IAD00WA069 involving a Sikorsky model S-76A helicopter. Aircraft Registration No. PTHRD. Accident occurred on August 2, 2000 near Navegantes, Brazil. Thomas R. Conroy, now deceased was the assigned U. S. Accredited Representative.

(2.)   NTSB ID Number WAS01WA015 involving a Sikorsky model S-76B helicopter. Aircraft Registration No. HL9240. Accident occurred on July 5, 2001 near P'ohang, Korea. Thomas R. Conroy, now deceased was the assigned U. S. Accredited Representative.

(3.)   NTSB ID Number IAD00WA029 involving a Sikorsky model S-76A helicopter. Aircraft Registration No. PKPUC. Accident occurred on March 8, 2000 near Kakap, Indonesia. Thomas R. Conroy, now deceased was the assigned U. S. Accredited Representative.

(4.)   NTSB Number DCA97WA068 involving a Sikorsky S-76B helicopter, Registration No. GHUAG. Accident occurred on December 12, 1996 near Omeath, Ireland.



EXHIBIT A

(5.) NTSB Number DCA98WA014 involving a Sikorsky S-76B helicopter, Registration No. H-KHB. Accident occurred on December 20, 1997 the North Sea off the coast of the Netherlands.

(6.) NTSB Number FTW01LA176 involving a Sikorsky SK-76A helicopter, Registration No. N164AG. Accident occurred on November 25, 2001 in New Iberia, Louisiana.

(7.) NTSB Number NYC86MA148 involving a Sikorsky S-76B helicopter, Registration No. N5AZ. Accident occurred on June 6, 1986 in Sutton, Massachusetts.

(8.) NTSB Number DFW05MA230 involving a Sikorsky SK-76A helicopter, Registration No. N90421. Accident occurred September 6, 2005 in the Gulf of Mexico, approximately 24 miles southeast of Sabine Pass, Texas.

I am in the commercial-use fee category for purposes of determining the applicability of any fees for this request, since I am seeking information for use in our business. I am willing to pay fees for search, review, and duplication costs for this request up to a maximum of $2,500. If you estimate that the fees will exceed this limit, please contact me for additional authorization. I request that the materials be delivered to my office at the above address.

Please do not hesitate to contact me by telephone or via electronic mail to discuss any aspect of my request. Thank you for your consideration of this request.

Very sincerely,

Byron L. Pickard

DC #218319 v1