

# National Transportation Safety Board
Washington, D.C. 20594

July 3, 2006

Mr. Byron L. Pickard
Thelen Reid & Priest, LLP
701 Eighth Street, NW
Washington, D.C. 20001

Re: National Transportation Safety Board (NTSB)
Freedom of Information Act (FOIA) No. 20060345

Dear Mr. Pickard:

I write in response to your FOIA request for "a copy of all records or information and tangible things, whether made previously public or not related to . . . (6.) NTSB Number FTW01LA176 involving a Sikorsky SK-76A helicopter, Registration No. N164AG." In accordance with your request, the Safety Board conducted a reasonable search of aviation investigative files to ascertain any records within the scope of your request.

Aside from the record that is publicly available from General Microfilm, Inc. (GMI) and the records available on the Safety Board's website, we located no records within the scope of your request. With regard to the publicly available records from GMI, you may contact GMI at (304) 267-5830. In addition, the Factual Report and Brief of Accident from the aforementioned investigation are available on the Safety Board's website. You may find these documents by inserting the investigation number into the appropriate field in the Board's aviation database, located at http://www.ntsb.gov/ntsb/query.asp.

To the extent that I have denied your FOIA request, you may appeal my decision by writing to the Safety Board's Managing Director:

Mr. Joseph Osterman
Managing Director
National Transportation Safety Board
490 L'Enfant Plaza East, SW
Washington, DC 20594

Sincerely,

Melba D. Moye
FOIA Officer







National Transportation Safety Board
490 L'Enfant Plaza, SW • Washington, DC 20594-0001

OFFICIAL BUSINESS PENALTY FOR PRIVATE USE $300.00

C10-40

012H162208501
$00.390
07/05/2006
Mailed From 20594
US POSTAGE
Hasler

Mr. Byron S. Richard
Thelen Reid & Priest, LLP
701 Eighth Street, NW
Washington, DC 20001