**National Transportation Safety Board**

# FACTUAL REPORT

SB Accident Incident Number

NYC86MA148

16 Narrative Statement of Facts, Conditions and Circumstances Pertinent to the Accident/Incident (continued)

## MEDICAL AND PATHOLOGICAL INFORMATION

The pathological test of the pilot and copilot disclosed no abnormal conditions and the toxicological test were negative for alcohol, drugs, and carbon monoixde

## SURVIVAL ASPECTS

The accident was not survivable because impact forces exceeded human tolerances.

## TEST AND RESEARCH
### Flight Simulation

An airborne flight simulation was performed by Sikorsky Aircraft in a S-76B helicopter to refly the last several minutes of N5AZ level flight path at 6000 feet, enter a right descending right turn to coincide with the recorded radar data on the flight of N5AZ, and determine whether the descent rates and flight path can be achieved to reach the impact site without completing one 360 degrees turn.

Using a 60 degree bank and a 28 to 30 degree nose down attitude, the aircraft reached a 8000+ feet per minute descent rate at an airspeed of 170+ KIAS. The aircraft would have reached the ground in just one turn. Thermal induced light turbulence was present and increased the amount of pilot workload required in controlling rotor RPM in the upper range without exceeding the test limit. The aircraft was stable in the trimmed descent, pressures were normal, vertical speed was stable, and the altimeter was unwinding like the sweep hand of a stopwatch. There was plenty of audible cues that airspeed and/or rate of descent was excessive.

The maneuver was repeated two times with added bank angle and airspeed attempting to repeat descent rate and airspeed calculated for the accident aircraft. During the third maneuver using 60 degrees bank and 28-30 degrees nose down attitue, the aircraft reached 8000+ fpm at 170+ KIAS. The aircraft would have reached the ground in just over one turn (vs. a target of less than one turn), and the circle described appeared much tighter than desired. Thermal induced light turbulence and the amount of positive g developed in the turn contributed to high pilot workload required in controlling rotor RPM in the upper range without exceeding the test limit. The aircraft was stable in a trimmed descent, pressures were normal, vertical speed was pegged, and the altimeter was unwinding like a sweep hand of a stopwatch. There were plenty of audible cues that airspeed and/or rated of descent was excessive.

EXHIBIT E

NTSB Form 6120.4 (Rev 1-84)