National Transportation Safety Board

# FACTUAL REPORT
# AVIATION

NYC86FA114

16 Narrative Statement of Facts, Conditions and Circumstances Pertinent to the Accident/Incident

baggage float pack, and to a overnight bag. Each of these items were scattered along the wreckage path. The ground underneath these components was not burnt.

## AIRCRAFT EXAMINATION

The four main rotor and four tail rotor blades were recovered from the accident site. The blades were fragmented. The inboard sections of the main rotor blades were fastened to the rotor head assembly. Examination of the fracture surfaces did not disclose evidence of pre impact failure.

The main gearbox housing was heavily damaged. Examination of the fracture surfaces did not disclose evidence of pre-impact failure. The main gearbox was fastened to the airframe. The bull gear, quill shaft, and adapter were still attached to the main rotor shaft and rotor assembly. The bull gear was deformed and fractured at one end. The remainder of the gear box sub-assembly was in operable condition. The gear teeth on the gear assembly were generally undamaged. The input free wheel units were still intact. The left-hand side was operable. The right-hand side was obstructed by dirt. Disassembly examination of the right side did not disclose evidence of malfunction. The left side was disassembled and it was revealed that the helical gear spline and the tail takeoff drive gear bolted connection were in operable condition. Both input flanges on the free-wheel unit were fractured at the lobes. There was no evidence of pre-impact failure noted to the fracture surfaces of the lobe. There was no evidence of foreign material wrapped around the flange. The tail take-off drive gear was examined and no evidence of warping or overheating noted to the attached rotor brake disc. The drive gear was operable. The bearings were generally undamaged. The gear web was bent back on one side. Gear teeth score marks were present on the bent back web. There was one loose bolt on the rotor brake disc attachment. There was no evidence of external interference with the disc/flange area

Examination of the intermediate gear box revealed that the lower third of the housing was fractured where the tail rotor cable pulleys are mounted. The input and output gears were meshed and operable. Disassembly of the intermediate gear box did not disclose evidence of malfunction.

The tail rotor gearbox was fractured into three sections. One of the mounting feet was still attached to the airframe. The input section was operable and the input teeth were generally undamaged. Disassembly of the gear box did not disclose evidence of malfunction. There was no foreign material in the internal chip detector. The output section was severely damaged. The output bevel gear was bent and both bearing were destroyed. The tail rotor hub locknut bolts were intact. The pitch change was connected to the pitch change beam. Disassembly of the pitch change assembly revealed no evidence of malfunction. The pitch change shaft was

Attach additional pages as necessary. Page 2a

NTSB Form 6120.4 (Rev 1-84)

**EXHIBIT F**

**National Transportation Safety Board**

# FACTUAL REPORT
# AVIATION

NYC86MA148

**16. Narrative Statement of Facts, Conditions and Circumstances Pertinent to the Accident/Incident**

slightly bent outboard of the rotor. The pitch change shaft extended 6.8 inches from the output shaft. There was gear teeth scoring noted on the inside wall of the gear box housing.

All five sections of the tail rotor drive shaft were recovered. The first section was fractured at the forward and aft fasteners. The fracture occurred eight inches aft from the forward rivet. The Thomas coupling was intact. The shaft was flattened along the entire length. The second section was not fractured; however, the four attachment legs on the viscous damper were fractured. The bearing was operable and the Thomas coupling was intact. The third section was not fractured and the bearing was operable. The fourth section was broken into several pieces. The longest piece measured 26 inches from the forward flange. The other pieces were 9.5, 6.0, and 9.5 inches long. One of the 9.5 inch pieces was attached to the intermediate gearbox. The viscous damper was intact and the bearing was operable. The fifth section was broken out of the top and bottom bi-lock attachments. Reconstruction of the section revealed that the tail rotor gearbox end was bent forward and the intermediate gearbox end was bent sideward.

The engine high speed shafts were flattened and severely damaged. The thomas coupling of each shaft was destroyed. A piece of tail rotor cable and entwined electrical harness were wrapped 13.5 times around the number one engine shaft flange. Examination of the shafts did not disclose evidence of preimpact failure.

The aircraft electrical system sustained severe impact damage. Examination of the components of the electrical system did not disclose evidence of thermal damage. The circuit breaker panels, both lower and upper panels, were crushed. Most of the circuit breakers were missing from the lower panel. There were several circuit breakers on the upper panel that were disengaged; however, there was no evidence of overheating or thermal damage associated with these components. The primary cable lugs connected to the "E" and "B" terminals of the electrical generator and the primary cable lugs connected to the "E", "B", and "C" terminals of the no. 2 electrical generator were snug but movable by hand. The cable lugs were still electrically conductive. There was no evidence of arcing on the cable lugs or terminals.

The hydraulic/flight controls were severely damaged. The primary servos and tail rotor were examined and no evidence of malfunction was disclosed. The electronic flight controls were examined and tested. There was no evidence of malfunction disclosed.

Baggage Compartment

The right baggage door and the adjacent floorboard was reconstructed to examine the sustained thermal damage. The door was broken into several

NTSB Form 6120.4 (Rev 1-84)