National Transportation Safety Board

## FACTUAL REPORT
## AVIATION

NYC86MA148

16 Narrative Statement of Facts, Conditions and Circumstances Pertinent to the Accident/Incident (continued):

pieces. The thermal damage was restricted generally to the inside of the door. There was uneven burn pattern too the door. When the door was reconstructed it was found that several unburnt pieces were adjacent or attached to burnt pieces. This included the two door hinges that are mounted on the inside of the door. The hinges, which were unburnt, were mounted on a burnt section of the door.

The floorboard of the baggage compartment was reconstructed and a discontinuous burn pattern was revealed. Several pieces of the floorboard were adjacent to burnt pieces.

### Engine Examination:

The two engines were examined at Pratt & Whitney Canada under the direction of the NTSB.

### Left Engine

Pratt & Whitney Canada PT6B-36 Serial Number 36019

### General Description

The accessory gear box and inlet case were separated at the inlet struts. The reduction gearbox was separated from the power section of the exhaust duct flange with a portion of the housing still attached to the flange.

### Gas Generator Section
#### Accessory Gearbox

The Number 1 bearing housing was broken out of the inlet case and remained on the compressor rotor. The bearing rotated freely with some roughness. the alternator for the electronic engine control (EEC) was intact. The oil pump was mounted but the forward part of the housing was broken off. The inlet screen was intact but distorted. The bottom portion of the gearbox where the front engine mount is attached was broken from the gearbox. The starter generator was pulled from the clamp.

The fuel pump/fuel control and enclosure were separated from the gearbox. A portion of the fuel pump where a fuel line attached was broken off. There was fire damage and heavy soot inside the enclosure which occurred after impact. This could be determined as the inside surface of the enclosure access panel did not have evidence of fire.

### Gas Generator

The first stage axial compressor blades had some light foreign object damage and were all bent opposite to the direction of rotation. All blades

Attach additional sheets as necessary. Pages 3 to 7+

NTSB Form 6120.4 (Rev. 1-84)

(CCCCC1C


EXHIBIT
G

National Transportation Safety Board

**FACTUAL REPORT**
**AVIATION**

NYC 86 PA 149

16 Narrative Statement of Facts, Conditions and Circumstances Pertinent to the Accident/Incident continued

had also experienced heavy tip rub which left a burr of approximately 0.15
inch. The gas generator rotor could not be turned.

The front of the gas generator case was crushed axially. The rear
portion was crushed radially on the bottom. The compressor turbine blades
which could be seen thru the exhaust port were intact. The rear face of
the compressor turbine disk showed signs of rotational rub.

## Power Turbine Section
### Power Turbine

Only approximately 9 inches of the reduction gear box flange retained
bolted to the exhaust case flange. The power turbine drive shaft coupling
was intact but separated from the output shaft. The power turbine blades
which were visible were broken off at random lengths over the blade
platform. The liberation of the blades resulted in dents and small hole in
the exhaust duct approximately 3 inches aft of the forward flange. The
diaphragm of the power turbine stator showed signs of rotational rub. The
exhaust duct had been axially compressed on the top half.

### Reduction Gearbox

The gearbox was separated from the engine. The housing was cracked
and the top half was broken off. The inboard mount was intact with the
mount bolt broken. The outboard mount link was still attached to the
gearbox. The tail rotor control cable was wrapped around the output shaft.

### Fuel Shut Off Valve

The valve appeared intact and the control cable was pulled off.

### Right Engine

Pratt & Whitney Canada PT6B-36 Serial Number 36079

### General Description

The accessory gearbox and inlet case were separated at the inlet
struts. The rear section of the gas generator case was split open for
approximately 270 degrees.

### Gas Generator Section
#### Accessory Gearbox

The Number 1 bearing housing was broken out of the inlet case. The
electronic fuel control alternator was intact. The oil pump was intact but
the forward end was broken off. The inlet screen was removed and bent.

NTSB Form 6120.4 (Rev 1-84)

National Transportation Safety Board

## FACTUAL REPORT
## AVIATION

NYC86MA148

**16 Narrative Statement of Facts, Conditions and Circumstances Pertinent to the Accident/Incident** (continued)

The front engine mount was attached with the aircraft lines broken. The starter generator was broken off at the mount.

The fuel pump/fuel control and enclosure were seperted from the gearbox. The fuel pump housing had cracked and an "J" ring was protruding. There was some fire damage and soot in the bottom of the enclosure which occurred after impact, and like the left engine, the access panel to the enclosure did not have any evidence of fire.

### Gas Generator

The first stage compressor experienced foreign object damage over most of the leading edge with portions of all blades torn or missing. All blades were bent in the opposite direction of rotation. The blades experienced heavy tip rub which left a berr of approximately 1/36 inch. The gas generator could be turned with some rubbing of the rotor. The front of the gas generator case was buckled due to axial loading.

The rear portion of the gas generator case was crushed on the bottom, buckled due to axial loading and split open approximately 270 degrees near the rear flange. The case was separated approximately 2 inches at the bottom. The compressor turbine blades which could be seen thru the exhaust port were intact.

### Power Turbine Section
#### Power Turbine

The exhaust duct showed signs of distortion due to axial loading. The power turbine blades, which were visible, were broken off at various lengths near the blade platforms. The liberation of the blades resulted in dents and small holes in the exhaust duct approximately 3 inches aft of the forward flange.

### Reduction Gearbox

The gearbox remained attached but the housing was cracked in various areas. The inboard mount was intact with the mount bolt broken. The outboard mount link was still attached. There was a small piece of electrical wire wrapped around the output shaft. The aircraft generator was attached with the cooling fan and housing broken off.

### Fuel Shutoff Valve

The valve appeared intact on the control cable pulled off.

NTSB Form 6120.4 (Rev 1-84)