UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BYRON L. PICKARD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1039 (JR) |
| v. | ) | |
| | ) | |
| NATIONAL TRANSPORTATION | ) | |
| SAFETY BOARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO ENLARGE THE TIME TO RESPOND
TO THE COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant National Transportation Safety Board, through undersigned counsel, respectfully moves this Court to enlarge the time within which it may respond to the complaint from August 14, 2006 to September 14, 2006.  This is defendant's second request for an extension to respond to the complaint in this FOIA action.

In support of this motion, states the following: Plaintiff filed this action on June 6, 2006 relating to a April 28, 2006 Freedom of Information Act request dealing with eight helicopter crash investigations.  Because of a backlog in processing FOIA requests, defendant was unable to process the request within the statutorily-prescribed time and plaintiff filed this action.  Since the filing of the complaint, defendant has been processing plaintiff's request and continues to do so; as each separate crash is processed, defendant is providing plaintiff with a response.  Because the processing of plaintiff's request is necessary for defendant to prepare a <u>Vaughn</u> Index and file summary judgment, or respond to a motion for summary judgment from plaintiff, the requested extension will provide defendant with additional time in which it can process the request.  In fact, the processing of plaintiff's request may permit a resolution of this action

without further intervention of the Court or render this action moot. Accordingly, the requested extension will permit defendant to complete its processing of plaintiff's FOIA requent and then confer with plaintiff regarding any disagreements he may have with defendant's production, thereby narrowing the scope of issues involved in this action.

Pursuant to LCvR 7(m), counsel for defendant sought plaintiff's consent for this request and was informed that plaintiff does not consent to the extension.

August 10, 2006                                  Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)