IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON L. PICKARD,<br>    Plaintiff,<br><br>v.<br><br>NATIONAL TRANSPORTATION<br>SAFETY BOARD,<br>    Defendant | 1:06CV01039 (JR) |

## DECLARATION OF HECTOR R. CASANOVA

I, Hector R. Casanova, declare as follows:

1. I am the Regional Director for the South Central Regional Office of the National Transportation Safety Board (NTSB), located in Arlington, Texas. I have held this position since August 2002. Prior to becoming the Regional Director for the NTSB's South Central Regional Office, I served as an Air Safety Investigator at the NTSB. I have been employed at the NTSB since July 1991.

2. The statements made in this Declaration are based upon my review of the official files and records, my review of the records at issue in this litigation, my personal knowledge, and information I acquired from others in the course of my performance of my official duties.

3. I was Mr. Alexander Lemishko's direct supervisor when Mr. Lemishko worked in the South Central Regional Office of the NTSB.

4. Mr. Lemishko served as the IIC for an investigation involving the crash of a Sikorsky SK-76A helicopter that occurred in New Iberia, Louisiana, on July 10, 2001 (NTSB Investigation No. FTW01LA176).

5. Mr. Lemishko left the South Central Regional Office in June 2006 to take a position at NTSB Headquarters in Washington, D.C.

6. In general, on an ongoing basis, Mr. Lemishko discarded all investigative records from investigations that were not pending.

7. Even though NTSB Investigation No. FTW01LA176 was a limited investigation that the NTSB closed before Mr. Lemishko left, and despite the fact that Mr. Lemishko did not typically keep records from closed investigations, I conducted a reasonable search of the South Central Regional Office for any records regarding Investigation No. FTW01LA176.

8. I searched the office in which Mr. Lemishko worked before leaving the NTSB's South Central Regional Office. Mr. Lemishko's office would be the only place within the South Central Regional Office in which records from Investigation No. FTW01LA176 would be located.

9. Mr. Lemishko's former office includes a credenza and a desk, and I searched both the credenza and the desk for any records bearing the label, "FTW01LA176," or that appeared to contain any identifying information from Investigation No. FTW01LA176.

10. I did not locate any records in Mr. Lemishko's former office from Investigation No. FTW01LA176.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of September, 2006, in Arlington, Texas.

Hector R. Casanova
Regional Director, NTSB South Central Regional Office