IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON L. PICKARD, )
    Plaintiff, )
)
v. ) 1:06CV01039 (JR)
)
)
NATIONAL TRANSPORTATION )
SAFETY BOARD, )
    Defendant )

## DECLARATION OF JEFFREY B. GUZZETTI

I, Jeffrey B. Guzzetti, declare as follows:

1. I am the Deputy Director for Regional Operations of the Office of Aviation Safety, National Transportation Safety Board (NTSB), Washington, D.C. I have held this position for four (4) years. I have been employed at the NTSB since 1992.

2. In my capacity as the Deputy Director for Regional Operations of Aviation Safety, I oversee NTSB investigations that the NTSB's ten (10) regional offices conduct. This responsibility involves providing adequate office space at the NTSB Headquarters Office in Washington, D.C., so that regional investigators, when visiting NTSB Headquarters, have space available to perform their duties.

3. The statements made in this Declaration are based upon my personal knowledge and experience, as well as information I acquired from others in the course of my performance of my official duties.

4. In my capacity as the NTSB's Deputy Director for Regional Operations of Aviation Safety, I determined in the spring of 2005, that the NTSB regional investigators needed office space when visiting NTSB Headquarters for Board meetings, hearings, and the like. After the death of Mr. Tom Conroy, I determined that the Office of Aviation Safety should clean Mr. Conroy's office of any unnecessary files and items, in order to use the office space for visiting investigators.

5. In early summer, 2005, I directed some administrative personnel at the NTSB to provide disposal carts immediately outside Mr. Conroy's office. Using these disposal carts, I discarded all hard copies of investigative files that pre-dated 2002. My disposal of these files pre-dated plaintiff's April 26, 2006 FOIA request.

6. Mr. Conroy served as the investigator-in-charge (IIC) for NTSB Investigation Nos. IAD00WA069, WAS01WA015, IAD00WA029, DCA97WA068, and DCA98WA014, which are at issue in this litigation. Each of these investigations occurred prior to 2002.

7. In my disposal of all files from Mr. Conroy's office that pre-dated 2002, I likely disposed of files from the investigations listed above. I did not keep an inventory list of the files that I discarded from Mr. Conroy's office.

8. My disposal of the aforementioned files was consistent with the NTSB's record retention practices and policies, as explained in the Declaration of Melba D. Moye.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 12 day of September, 2006, in Washington, D.C.

Jeff Guzzetti
Deputy Director, Office of Aviation Safety