IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON L. PICKARD,<br>Plaintiff,<br><br>v.<br><br>NATIONAL TRANSPORTATION<br>SAFETY BOARD,<br>Defendant | 1:06CV01039 (JR) |

**DECLARATION OF JAMES F. WILDEY**

I, James F. Wildey, declare as follows:

1. I am the Chief of the Materials Laboratory Division in the Office of Research and Engineering, National Transportation Safety Board (NTSB), Washington, D.C. I have held this position for eight (8) years. I have been employed at the NTSB for approximately 31 years.

2. In my capacity as the Chief of the Materials Laboratory Division, I coordinate materials testing and examinations in the NTSB laboratory for all types of transportation investigations.

3. The statements made in this Declaration are based my personal knowledge and experience, as well as information I acquired from others in the course of my performance of my official duties.

4. The Materials Laboratory Division at the NTSB maintains databases of information regarding every item on which the NTSB has performed testing since 1981. The

databases contain fields in which my staff and I can indicate the date and location of the accident, the NTSB Investigation Number, the date on which the Materials Laboratory Division received materials for analysis, from whom the Materials Laboratory received these materials, and other information.

5. These databases are searchable by NTSB Investigation Number.

6. At the request of personnel in the Office of General Counsel at the NTSB, I searched the appropriate database using the following NTSB Investigation Numbers, which were the subject of plaintiff's FOIA request:

    a. IAD00WA069;

    b. WAS01WA015;

    c. IAD00WA029;

    d. DCA97WA068;

    e. FTW01LA176;

    f. DFW05MA230;

    g. NYC86MA148; and

    h. DCA98WA014.

7. I located one record in the database that was within the scope of plaintiff's FOIA request. This record was a brief entry regarding NTSB Investigation No. NYC86MA148, and indicates that the Materials Laboratory Division analyzed two pieces of luggage at the request of the Federal Bureau of Investigation.

8. The NTSB FOIA Officer mailed this record to plaintiff on June 29, 2006, in response to plaintiff's request for information regarding NTSB Investigation No. NYC86MA148. See Exhibit 9.

9. Overall, I searched all places in the Materials Laboratory Division in which records from the investigations listed in ¶ 6, above, would be located. As described above, I located only one record within the scope of plaintiff's request.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this ____12____ day of September, 2006, in Washington, D.C.

James F. Wildey
Chief, Materials Laboratory Division