**Exhibit 1**
**Index Describing Redacted Text**

| Page Number | Description of Redacted Text | Applicable Exemption(s) |
|---|---|---|
| 1 | E-mail address | Exemption 6 |
| 2 | <ul><li>E-mail addresses;</li><li>Telephone, facsimile, and pager numbers</li><li>Request for specific information from foreign investigator-in-charge</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 5, 3, and 2</li></ul> |
| 4 | E-mail addresses | Exemption 6 |
| 5 | E-mail address | Exemption 6 |
| 6 | <ul><li>E-mail addresses;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 8 | <ul><li>E-mail addresses;</li><li>Telephone, facsimile, and pager numbers</li></ul> | <ul><li>Exemption 6</li></ul> |
| 10 | <ul><li>E-mail addresses</li><li>Comment regarding predecisional, deliberative work of a non-NTSB employee</li></ul> | <ul><li>Exemption 6</li><li>Exemption 5</li></ul> |
| 11 | E-mail address | Exemption 6 |
| 12 | Comment regarding predecisional, deliberative work of a non-NTSB employee | Exemption 5 |
| 13 | E-mail addresses | Exemption 6 |
| 14 | E-mail addresses | Exemption 6 |
| 15 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li><li>Names of non-NTSB employees that would not customarily be released to the public;</li><li>Statements regarding observations and preliminary opinions of a non-NTSB employee upon arriving at site of accident, some of which incorporate product-specific Sikorsky information that Sikorsky would not customarily release to the public.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4</li><li>Exemptions 2, 3, 4, 5</li></ul> |
| 16 | <ul><li>E-mail addresses;</li><li>Statement regarding a person's vacation dates;</li><li>Preliminary opinion regarding predecisional observations of aircraft part upon examination.</li></ul> | <ul><li>Exemption 6</li><li>Exemption 5</li></ul> |
| 17 | <ul><li>E-mail addresses;</li><li>Telephone, facsimile, and pager numbers;</li><li>Preliminary inquiries regarding status of a certain aspect of the accident investigation that reflect deliberative process and opinions of foreign investigator-in-charge.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 19 | E-mail address | Exemption 6 |
| 20 | E-mail address | Exemption 6 |
| 22 | E-mail address | Exemption 6 |

| 23 | <ul><li>E-mail addresses;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
|---|---|---|
| 24 | E-mail address | Exemption 6 |
| 25 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 26 | Telephone and facsimile numbers | Exemption 6 |
| 27 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 28 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 29 | <ul><li>E-mail addresses;</li><li>Colloquial text regarding: a person's career plans; personal feelings regarding a person's current schedule and job obligations; statements concerning a person's physical condition; and statement regarding potential social plans.</li></ul> | Exemption 6 |
| 30 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 31 | <ul><li>E-mail addresses;</li><li>Statement regarding potential social plans</li></ul> | Exemption 6 |
| 32 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 33 | E-mail address | Exemption 6 |
| 35 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 36 | <ul><li>E-mail addresses;</li><li>Statements regarding examination of certain aircraft parts that would not customarily be released to the public;</li><li>Plans regarding which parts might be subject to examination, which reports investigators should develop upon the conclusion of such examinations, and plans concerning the way in which parties to the investigation may work with foreign investigation authority.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4, 5</li></ul> |
| 37 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers;</li><li>Statements regarding certain persons' vacation plans and availability while away from the office;</li><li>Preliminary opinion regarding initial issue that investigators should resolve regarding the accident.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 38 | <ul><li>E-mail addresses;</li><li>Telephone number</li></ul> | Exemption 6 |
| 39 | Preliminary plan among NTSB employees regarding how the NTSB should handle certain aspects of foreign investigations; these statements reflect NTSB employees' | Exemption 5 |

| | | |
|---|---|---|
| | predecisional deliberations regarding foreign investigations in general. | |
| 40 | Preliminary plan among NTSB employees regarding how the NTSB should handle certain aspects of foreign investigations; these statements reflect NTSB employees' predecisional deliberations regarding foreign investigations in general. | Exemption 5 |
| 41 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li><li>Names of non-NTSB employees that would not customarily be released to the public;</li><li>Plan to conduct certain examinations of part of aircraft, and recitation of preliminary correspondence regarding the plan.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4</li><li>Exemptions 2, 4, 5</li></ul> |
| 42 | Plan to conduct certain examinations of part of aircraft | Exemptions 2, 4, 5 |
| 43 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 45 | <ul><li>Telephone number;</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident are worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 46 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 47 | Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | Exemptions 2, 3, 5 |
| 48 | <ul><li>Telephone number;</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 49 | E-mail addresses | Exemption 6 |
| 50 | <ul><li>Telephone number</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 51 | E-mail addresses | Exemption 6 |
| 52 | <ul><li>E-mail addresses</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |

| | | |
|---|---|---|
| | and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | |
| 53 | Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | Exemptions 2, 3, 5 |
| 54 | <ul><li>Telephone number</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 55 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 56 | E-mail address | Exemption 6 |
| 57 | E-mail addresses | Exemption 6 |
| 58 | <ul><li>E-mail addresses</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 59 | <ul><li>E-mail addresses</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 61 | <ul><li>Telephone number</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 62 | E-mail addresses | Exemption 6 |
| 63 | E-mail addresses | Exemption 6 |
| 64 | E-mail addresses | Exemption 6 |
| 65 | <ul><li>E-mail addresses;</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 66 | <ul><li>Telephone number;</li><li>Questions from foreign investigator-in-charge that</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |

| | | |
|---|---|---|
| | reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | |
| 67 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 68 | <ul><li>E-mail addresses</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 69 | <ul><li>E-mail addresses</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemption 2, 3, 5</li></ul> |
| 70 | Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | Exemptions 2, 3, 5 |
| 71 | <ul><li>Telephone number;</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 72 | E-mail addresses | Exemption 6 |
| 73 | Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | Exemptions 2, 3, 5 |
| 74 | E-mail addresses | Exemption 6 |
| 75 | <ul><li>E-mail addresses;</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 76 | Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | Exemptions 2, 3, 5 |
| 77 | <ul><li>Telephone number;</li><li>Questions from foreign investigator-in-charge that</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |

| | | |
|---|---|---|
| | reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | |
| 78 | E-mail addresses | Exemption 6 |
| 79 | Opinion of NTSB employee's supervisor that affected supervisor's evaluation of employee's work on investigation | Exemption 5 |
| 80 | <ul><li>E-mail addresses;</li><li>Telephone number</li></ul> | Exemption 6 |
| 81 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers;</li><li>Statements regarding preliminary plan to conduct certain examinations of part of aircraft, and recitation of preliminary correspondence regarding the plan</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4, 5</li></ul> |
| 82 | <ul><li>E-mail addresses;</li><li>Statement regarding travel plans</li><li>Statements regarding preliminary plan to conduct certain examinations of part of aircraft, and recitation of preliminary correspondence regarding the plan</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4, 5</li></ul> |
| 83 | <ul><li>E-mail addresses;</li><li>Questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations and opinions regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. The questions also include information that Sikorsky voluntarily submitted to the foreign investigator and the NTSB, which Sikorsky would not customarily release to the public.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 4, 5</li></ul> |
| 85 | E-mail address | Exemption 6 |
| 87 | E-mail addresses | Exemption 6 |
| 88 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 89 | Opinion of and questions from foreign investigator-in-charge that reflect the investigator's predecisional deliberations regarding which components of the aircraft and aspects of the accident may be worthy of further investigation. | Exemptions 2, 3, 5 |
| 90 | <ul><li>E-mail addresses;</li><li>Names of non-NTSB employees that would not customarily be released to the public;</li><li>Statements regarding Sikorsky's plan of next step in investigation, which include information that Sikorsky would not customarily release to the public</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4</li></ul> |
| 91 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4</li></ul> |

|     |     |     |
| --- | --- | --- |
|     | <ul><li>Names of non-NTSB employees that would not customarily be released to the public;</li><li>Statements regarding Sikorsky's plan for the next step in investigation, plans to examine specific parts of aircraft, and the manner in which such examinations should proceed. Sikorsky would not customarily release the information in these plans to the public.</li></ul> |     |
| 92  | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers;</li><li>Names of non-NTSB employee that would not customarily be released to the public;</li><li>References to specific record that would not customarily be released to the public, and</li><li>Statements regarding Sikorsky's plan for a specific aspect of investigation, which Sikorsky would not customarily release to the public.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4</li></ul> |
| 93  | E-mail addresses | Exemption 6 |
| 94  | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers;</li><li>Statements regarding certain persons' vacation plans and availability while away from the office;</li><li>Preliminary request concerning shipment of certain components for examination, which reflects predecisional deliberations of investigation</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 95  | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 96  | <ul><li>E-mail addresses;</li><li>Plans regarding which parts might be subject to examination, which reports investigators should develop upon the conclusion of such examinations, and plans concerning the way in which parties to the investigation may work with foreign investigation authority</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4</li><li>Exemptions 2, 4, 5</li></ul> |
| 97  | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers;</li><li>Statements regarding certain persons' vacation plans and availability while away from the office;</li><li>Preliminary request concerning shipment of certain components for examination, which reflects predecisional deliberations of investigation</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 98  | <ul><li>E-mail addresses;</li><li>Telephone number</li></ul> | Exemption 6 |
| 99  | Preliminary plan among NTSB employees regarding how the NTSB should handle certain aspects of foreign investigations; these statements reflect NTSB employees' predecisional deliberations regarding foreign | Exemption 5 |

| | | |
|---|---|---|
| | investigations in general. | |
| 100 | Preliminary plan among NTSB employees regarding how the NTSB should handle certain aspects of foreign investigations; these statements reflect NTSB employees' predecisional deliberations regarding foreign investigations in general. | Exemption 5 |
| 101 | E-mail addresses | Exemption 6 |
| 102 | <ul><li>E-mail addresses;</li><li>Statements regarding certain persons' vacation plans and availability while away from the office</li></ul> | Exemption 6 |
| 103 | <ul><li>Telephone and facsimile numbers;</li><li>Statements regarding certain persons' vacation plans and availability while away from the office;</li><li>Preliminary request concerning shipment of certain components for examination, which reflects predecisional deliberations of investigation.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 104 | E-mail addresses | Exemption 6 |
| 105 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers;</li><li>Statements regarding certain persons' vacation plans and availability while away from the office;</li><li>Preliminary request concerning shipment of certain components for examination, which reflects predecisional deliberations of investigation</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 5</li></ul> |
| 107 | E-mail address | Exemption 6 |
| 108 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 109 | E-mail address | Exemption 6 |
| 110 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 111 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 112 | <ul><li>Personal statement regarding a person's professional experience;</li><li>Preliminary plan among NTSB employees regarding how the NTSB should handle certain aspects of foreign investigations; these statements reflect NTSB employees' predecisional deliberations regarding foreign investigations in general;</li><li>Correspondence regarding previous discussions of the aforementioned internal deliberations regarding foreign investigations in general.</li></ul> | <ul><li>Exemption 6</li><li>Exemption 5</li></ul> |
| 113 | <ul><li>E-mail addresses;</li><li>Names of non-NTSB employees that would not customarily be released to the public;</li><li>Statements regarding observations and preliminary</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 4</li><li>Exemptions 2, 3, 4, 5</li></ul> |

8

|     |     |     |
| --- | --- | --- |
|     | opinions of a non-NTSB employee upon arriving at site of accident, some of which incorporate product-specific Sikorsky information that Sikorsky would not customarily release to the public. |     |
| 114 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers;</li><li>Statements regarding observations and preliminary opinions of a non-NTSB employee upon arriving at site of accident, some of which incorporate product-specific Sikorsky information that Sikorsky would not customarily release to the public.</li></ul> | <ul><li>Exemption 6</li><li>Exemptions 2, 3, 4, 5</li></ul> |
| 115 | E-mail addresses | Exemption 6 |
| 116 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 117 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 118 | Preliminary conclusion reflecting opinion based on faults described in engineering response. | Exemptions 2, 3, 5 |
| 119 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 120 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 122 | <ul><li>E-mail addresses;</li><li>Telephone number</li></ul> | Exemption 6 |
| 124 | <ul><li>E-mail address;</li><li>Telephone number</li></ul> | Exemption 6 |
| 125 | E-mail address | Exemption 6 |
| 126 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 127 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 128 | <ul><li>E-mail addresses;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 129 | <ul><li>E-mail addresses;</li><li>Telephone number</li></ul> | Exemption 6 |
| 130 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 131 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 132 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 134 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 135 | <ul><li>E-mail address;</li><li>Telephone, facsimile, and pager numbers</li></ul> | Exemption 6 |
| 136 | <ul><li>E-mail address;</li></ul> | Exemption 6 |

|  |  |  |
|---|---|---|
|  | ▪ Telephone, facsimile, and pager numbers |  |
| 138 | ▪ E-mail addresses;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 139 | E-mail address | Exemption 6 |
| 140 | E-mail address | Exemption 6 |
| 142 | ▪ E-mail addresses;<br>▪ Correction of the spelling of an e-mail address;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 143 | ▪ E-mail address;<br>▪ Telephone, facsimile, and pager numbers | Exemption 6 |
| 144 | ▪ E-mail address;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 145 | E-mail address | Exemption 6 |
| 146 | ▪ E-mail address;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 147 | E-mail address | Exemption 6 |
| 148 | ▪ E-mail address;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 149 | ▪ E-mail address;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 150 | ▪ E-mail address<br>▪ Name of non-NTSB employee that would not customarily be released to the public; and<br>▪ Statements regarding Sikorsky's plan for a specific aspect of investigation, which Sikorsky would not customarily release to the public | ▪ Exemption 6<br>▪ Exemptions 2, 4 |
| 151 | ▪ E-mail addresses;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 152 | E-mail address | Exemption 6 |
| 153 | ▪ E-mail addresses;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 155 | ▪ E-mail address;<br>▪ Telephone and facsimile numbers | Exemption 6 |
| 157 | Portions of telephone numbers (last five digits) | Exemption 6 |
| 158 | ▪ E-mail address;<br>▪ Telephone, facsimile, and pager numbers | Exemption 6 |
| 159 | ▪ E-mail address;<br>▪ Telephone, facsimile, and pager numbers | Exemption 6 |
| 160 | ▪ E-mail address;<br>▪ Telephone, facsimile, and pager numbers | Exemption 6 |
| 161 | ▪ E-mail address;<br>▪ Telephone, facsimile, and pager numbers | Exemption 6 |
| 162 | ▪ E-mail address;<br>▪ Telephone numbers;<br>▪ Preliminary observation regarding which entities may participate in investigation | ▪ Exemption 6<br>▪ Exemptions 2, 3, 5 |

10

| | | |
|---|---|---|
| 163 | <ul><li>E-mail address;</li><li>Facsimile number</li></ul> | Exemption 6 |
| 164 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 166 | <ul><li>E-mail addresses;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 167 | <ul><li>E-mail addresses;</li><li>Telephone and pager numbers</li></ul> | Exemption 6 |
| 168 | E-mail addresses | Exemption 6 |
| 169 | E-mail address | Exemption 6 |
| 170 | <ul><li>E-mail address;</li><li>Telephone number</li></ul> | Exemption 6 |
| 173 | Telephone and facsimile numbers of persons who attended engineering examination | Exemption 6 |
| 174 | Telephone numbers of persons who attended engineering examination | Exemption 6 |
| 175 | Telephone numbers of persons who attended engineering examination | Exemption 6 |
| 176 | Telephone and facsimile numbers of persons who attended engineering examination | Exemption 6 |
| 177 | Telephone numbers of persons who attended engineering examination | Exemption 6 |
| 181 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 183 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 185 | Telephone and facsimile numbers | Exemption 6 |
| 186 | <ul><li>E-mail address;</li><li>Telephone and facsimile numbers</li></ul> | Exemption 6 |
| 188 | Telephone and facsimile numbers | Exemption 6 |
| 189 | Telephone and facsimile numbers | Exemption 6 |
| 194 | Internal statement regarding prospective plan for next step in investigation. | Exemption 5 |
| 197 | Telephone and facsimile numbers | Exemption 6 |
| 205 | Telephone and facsimile numbers | Exemption 6 |
| 208 | Facsimile number | Exemption 6 |
| 241 | Facsimile number | Exemption 6 |
| 242 | Facsimile number | Exemption 6 |
| 244 | Facsimile number | Exemption 6 |
| 270 | Facsimile number | Exemption 6 |
| 274 | Facsimile number | Exemption 6 |