

# National Transportation Safety Board
Washington, D.C. 20594

June 29, 2006

Mr. Byron L. Pickard
Thelen Reid & Priest, LLP
701 Eighth Street, NW
Washington, D.C. 20001

Re:   National Transportation Safety Board (NTSB)
      Freedom of Information Act (FOIA) No. 20060346

Dear Mr. Pickard:

I write in response to your FOIA request for "a copy of all records or information and tangible things, whether made previously public or not related to . . . (7.) NTSB Number NYC86MA148 involving a Sikorsky S-76B helicopter, Registration No. N5AZ. Accident occurred on June 6, 1986 in Sutton, Massachusetts." In accordance with your request, the Safety Board conducted a search of aviation investigative files to ascertain any records within the scope of your request.

We located one record within the scope of your request; I am enclosing this record herein. This record is a printed version of an entry in our Materials Laboratory database, and indicates that the Safety Board assisted the Federal Bureau of Investigation with examining two pieces of luggage recovered from the aircraft's accident site. When the Safety Board provides a swift examination of certain materials at the request of another agency and does not provide any factual or analytical reports, the Board inserts a false date in the "Factual" and "Analysis" fields of the Materials Laboratory database. Such dates are required to ensure the database remains searchable and saves the record. As such, you will see "1/1/1980" in the Factual and Analysis fields.

As you know, a variety of information regarding the Safety Board's investigation of this accident is already publicly available from General Microfilm, Inc. (GMI). You may contact GMI at (304) 267-5830. Aside from the publicly available records at GMI and the enclosed Materials Laboratory record, we did not locate any other records within the scope of your request. To the extent that I have denied your FOIA request, you may appeal my decision by writing to the Safety Board's Managing Director:

Mr. Joseph Osterman
Managing Director
National Transportation Safety Board
490 L'Enfant Plaza East, SW
Washington, DC  20594

Sincerely,

Melba D. Moye
FOIA Officer

enclosure

# Mat Lab Selected Records Report

*Printed 6/16/2006 1:47:24 PM*

| Accident Date | NTSB Number | Accident Location | Vehicle Type | Received Date | Received From | Person Assigned | Mat Lab Number | Factual Date | Analysis Date | Return Date | Returned To | Return Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/6/1986 | NYC86-M-A148 | Sutton, MA | Sikorsky S76B,N5AZ | 6/16/1986 | | FBI | FBI R'rt | 7/28/1986 | 1/1/1980 | 1/1/1980 | | |

Part: luggage 2 pieces

Narrative: