Hamilton Sundstrand
One Hamilton Road
Windsor Locks, CT 06096-1010
(860) 654-6000



**Hamilton Sundstrand**
A United Technologies Company

RECEIVED NTSB
OFFICE OF GENERAL COUNSEL
2006 AUG 14  A 8: 49

August 4, 2006

Ms. Katie Inman
National Transportation Safety Board
490 L'Enfant Plaza, SW
Washington, DC 20594-0001

Re: Hamilton Sundstrand Records; Freedom of Information Litigation

Dear Ms. Inman:

In response to your letter of July 26, 2006 regarding the Hamilton Sundstrand Corporation ("HSC") records, please be advised that HSC believes that the records should not be released because they contain information that is confidential. HSC submitted the records to the NTSB for the sole purpose of assisting in an investigation. It was not our intent that the records be made available to the general public. The information contained in these records is not customarily released to the public. Further, if this information is released, the disclosure could place HSC at a commercial disadvantage. For example, one of the documents HSC provided is a Component Maintenance Manual ("CMM"). HSC's CMMs contain proprietary information and are distributed to a limited group of recipients. Recipients generally are required to pay for the manuals and limit their distribution. The CMMs are required in order to perform repairs on HSC's products. The manuals also contain design information. HSC could be placed at a commercial disadvantage if the information contained in the CMM was used by an unauthorized recipient to reverse engineer one of our products.

For the foregoing reasons, we respectfully request that the NTSB deny the request for the disclosure of the HSC records.

Please contact me if you have any questions.

Very truly yours,

Antonio B. Braz
Associate General Counsel