UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BYRON L. PICKARD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 06-1039 (JR) |
| | ) | |
| NATIONAL TRANSPORTATION SAFETY BOARD | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## CONSENT MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Byron L. Pickard, with the consent of Defendant National Transportation Safety Board ("NTSB"), moves this Court, pursuant to Rule 6 (b)(1) of the Federal Rules of Civil Procedure, to enlarge the time within which Mr. Pickard may respond the Defendant's Motion to Summary Judgment from September 28, 2006 to October 12, 2006.  All parties have consented to the relief sought herein.

This matter involves efforts to compel the NTSB to comply with its statutory obligations under the Freedom of Information Act 5 U.S.C. Section 552 and 49 C.F.R. 801.10 ("the FOIA"). Mr. Pickard submitted a FOIA request to the NTSB on April 25, 2006, seeking records related to eight separate helicopter crash investigations.  The NTSB did not respond to the FOIA request within the statutory time frame, and Mr. Pickard filed the present lawsuit.

On September 14, 2006, after the Court twice extended the NTSB's time to file an answer, the NTSB filed its Motion for Summary Judgment.  The NTSB's Motion for Summary Judgment consists of several hundred pages of legal argument and supporting affidavits,

including the NTSB's <u>Vaughn</u> index.  The NTSB's <u>Vaughn</u> index identifies over 300 records that the NTSB has either withheld or redacted based upon a claimed FOIA exemption.  Given the dispositve and voluminous nature of the NTSB's motion, Mr. Pickard requires additional time to analyze the FOIA exemptions claimed by the NTSB and assess the need (if any) for limited discovery, so as to adequately respond to the Motion for Summary Judgment.

Wherefore, based upon the foregoing Mr. Pickard asks this Court to enlarge the time for him to respond to the NTSB's Motion for Summary Judgment until October 12, 2006.

Dated: September 25, 2006                                  Respectfully submitted,

_____/s/_____
Michael Evan Jaffe
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C.  20001-3721
Telephone:  202-508-4215
Facsimile:  202-654-1828
E-mail:  mjaffe@thelenreid.com

*Counsel for Plaintiff*