# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON L. PICKARD ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 06-1039 (JR) |
| ) | |
| NATIONAL TRANSPORTATION ) | |
| SAFETY BOARD ) | |
| ) | |
| Defendant ) | |

## ORDER

UPON CONSIDERATION of the Consent Motion to Enlarge Time to Respond to Defendant's Motion for Summary Judgment, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that the Consent Motion to Enlarge Time to Respond to Defendant's Motion for Summary Judgment is GRANTED, and it is further,

ORDERED, that the Plaintiff shall have until October 12, 2006 to file a response to the Defendant's Motion for Summary Judgment.

_____
James Robertson
United States District Judge

DC #237364 v1