UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BYRON L. PICKARD | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 06-1039 (JR) |
| NATIONAL TRANSPORTATION SAFETY BOARD | ) | |
| Defendant | ) | |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to LcvR. 7(h), Byron L. Pickard, by counsel hereby responds to the Defendant National Transportation Safety Board's ("NTSB") Statement of Material Facts Not in Dispute:

1. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

2. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

3. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

4. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

5. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

6. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

7. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

8. The statements contained in paragraph 8 contain nothing more than legal conclusions and therefore require no response.

9. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

10. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

11. Undisputed.

12. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

13. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

14. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

15. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

16. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

17. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

DC #241363 v1

18. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

19. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

20. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

21. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

22. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

23. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

24. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

25. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

26. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

27. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

28. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

29. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

30. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

31. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

32. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

33. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

34. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

35. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

36. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

37. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

38. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

39. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

40. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

41. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

42. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

43. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

44. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

45. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

46. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

47. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

48. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

49. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

50. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

51.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

52.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

53.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

54.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

55.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

56.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

57.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

58.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

59.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

60.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

61.  Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB. It is therefore undisputed.

62. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB.  It is therefore undisputed.

63. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB.  It is therefore undisputed.

64. Plaintiff has not had an opportunity to conduct any discovery in this matter and is therefore unable to rebut this statement of facts by the NTSB.  It is therefore undisputed.

Dated: October 12, 2006            Respectfully submitted,

_____/s/_____
Michael Evan Jaffe
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C.  20001-3721
Telephone:  202-508-4215
Facsimile:  202-654-1828
E-mail:  mjaffe@thelenreid.com

*Counsel for Plaintiff*