**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BYRON L. PICKARD | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 06-1039 (JR) |
| | ) | |
| NATIONAL TRANSPORTATION SAFETY BOARD | ) | |
| | ) | |
| Defendant | ) | |

## **ORDER**

UPON CONSIDERATION of the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment, and the record herein, , it is this _____ day of _____, 2006,

ORDERED, that the NTSB's Motion for Summary Judgment is Denied.

_____
James Robertson
United States District Judge