UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BYRON L. PICKARD )
)
    Plaintiff, )
)
v. ) Case No. 06-1039 (JR)
)
NATIONAL TRANSPORTATION )
SAFETY BOARD )
)
    Defendant. )
)

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)**

Plaintiff Byron L. Pickard and defendant National Transportation Safety Board, by their respective counsel, hereby stipulate to dismissal of the captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

| | |
|---|---|
|    /s/<br>Michael Evan Jaffe (Bar No. 88443)<br>Thelen Reid Brown Raysman & Steiner LLP<br>701 Eighth Street, N.W.<br>Washington, D.C. 20001-3721<br>Telephone: 202-508-4215<br>Facsimile: 202-654-1828<br>E-mail: mjaffe@thelen.com<br>*Counsel for Plaintiff* |    /s/<br>Alexander D. Shoaibi (Bar No. 423587)<br>Assistant United States Attorney<br>United States Attorney's Office<br>  for Washington, D.C.<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 514-7236<br>Facsimile: (202) 514-8780<br>Email: alexander.d.shoaibi@usdoj.gov<br>*Counsel for Defendant* |